165 So.2d 485

**BILL GARRETT LEASING, INC.,**

v.

**GENERAL LUMBER & SUPPLY COMPANY, Inc.**

No. 47353.

June 30, 1964.

In re: Bill Garrett Leasing, Inc. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Tammany. 164 So.2d 364.

Writ refused. The result is correct.

165 So.2d 485

**STATE of Louisiana**

v.

**Dudley DUPLESHIN.**

No. 47356.

June 30, 1964.

In re: Dudley Dupleshin applying for writ of certiorari and review.

Writ refused. There is no error of law.